UNITED STATES *v.* FRANK P. DOW CO., INC.

**No. 5060.**—Invoice dated Kobe, Japan, August 1, 1939.
           Entered at Seattle, Wash., August 21, 1939.
           Entry No. 790.

(Decided December 4, 1940)

*Charles D. Lawrence*, Acting Assistant Attorney General (*Richard F. Weeks*, special attorney), for the plaintiff.

*Lawrence & Tuttle (George R. Tuttle* of counsel) for the defendant.

EVANS, Judge: This is a collector's appeal from the finding of value made by the appraiser on an importation of rice straw rugs from Japan. It was not filed within the statutory time as provided in

section 501 of the Tariff Act of 1930, and is therefore dismissed as untimely.

Judgment will be rendered accordingly. It is so ordered.